# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00130-CV

## In re Donald Dwane Arnold

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Donald Dwane Arnold has filed his motion to stay and petition for writ of mandamus. *See* Tex. R. App. P. 52.8, 52.10. Having reviewed the petition and record filed, we overrule the motion to stay and deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:   March 9, 2007